# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2087EA

_____

United States of America,

        v.

Frederick Lee Jackson,

        Appellant.

\*
\*
\*

District of Arkansas.

[UNPUBLISHED]

_____

Filed:  January 22, 1999

_____

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.

PER CURIAM.

        ederick                                           o

   ibute                                                   )

     nd 18 U.S.C. § 1956 (a)(1)(B)(i) (1994).  Jackson contends the district court

   mitted                                         )

        of certain assets associated with drug trafficking into drug quantities fo sentencing because the PSR included assets titled in the names of other people.  W disa
officer stated,
Mr. Jackson's. . . .  If it had anyone else's

record contains no evidence disputing the accuracy of the probation officer's explanatory statement, and thus the district court did not commit clear error by accepting the PSR calculation.  See _____, 21 F.3d 243, 247-48, 249-

r. 1994); United States v. Wise

(en banc); United States v. Haren

We thus affirm Jackson's sentence.

A true copy.

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.